UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL CALHOUN,<br><br>                     Plaintiff,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO.,<br><br>                     Defendant. | NO:  12-CV-0504-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 9).  Pursuant to the parties' stipulation, this case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to either party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 9) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 21st day of September, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2